PD-0863-15

NO.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

| JOSE VELEZ | § | IN THE COURT OF |
| V. | § | CRIMINAL APPEALS |
| STATE OF TEXAS | § | OF TEXAS |

PRO SE MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing his Petition for Discretionary Review in this cause and in support he would show as follows:

1. The style and number of this case in the Court of Appeals is Jose Velez v. State of Texas, Appeal No.01-14-00544-CR

FILED IN
COURT OF CRIMINAL APPEALS

JUL 14 2015

Abel Acosta, Clerk

2. The style and number of this case in the trial court is State of Texas v. Jose Velez, Cause No. 2013-CR-0307C from the 187th District Court, Bexar County,Texas.

3. Appellant was convicted of the felony offense of murder.

4. Judgment was entered and punishment was assessed at (45) forty-five years confinement in the Texas Department of Criminal Justice.

5. Conviction was affirmed in the Court of Appeals First District of Texas at Houston, on June 4,2015.

6. The deadline for filing petition for discretionary review in this case is July 4, 2015, or (15) fifteen days from that date(See T.R.A.P. 10.5(b) )

7. An extension of time of (60) sixty days is sought which would make the deadline September 19,2015.

8. No prior requests for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are: Petitioner was transferred to the Coffield Unit from the Connally Unit on April 29,2015. His lawyers letter addressed

-1-

to his last Unit (Connally) arrived at the Coffield Unit June 29, 2015. The Coffield Unit mailroom notified him then. Petitioner needs time to hire an attorney and or research the basis for filing a pro se petition for discretionary review. Further, having received notice on or about June 29 he has not been afforded enough time to do anything but file this motion.

WHEREFORE, PREMISES CONSIDERED, petitioner prays for the relief requested that the Court extend his time to file his pro se petition for discretionary review.

Respectfully submitted

*Jose Velez*

Jose Velez #1930040
Coffield Unit
2661 FM 2054
Tennessee COLONY, Texas 75884

## CERTIFICATE OF SERVICE

I, Jose Velez #1930040 hereby certifies that a true and correct copy of this "Pro se Motion Requesting Extension of Time To File Petition For Discretionary Review" was sent to the Clerk of the Court of Criminal Appeals of Texas by U.S. mail postage prepaid to: P.O. Box 12308 Capitol Station, Austin, Texas 78701.

Executed on this _8th_ day of _July_ 2015. *Jose Velez*
                                                    signature